FILED
2015 Jul-17 PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM L BODIFORD, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | 2:15-cv-00763-LSC |
| | ) | |
| ASSET ACCEPTANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ORDER

Before the Court is Plaintiff's notice of acceptance. (Doc. 12.) Defendant Asset Acceptance, LLC made an offer of judgment pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, in the amount of $7,500.00, including attorneys' fees and costs. Plaintiff filed his notice of acceptance.

Accordingly, judgment is hereby entered in favor of Plaintiff William L. Bodiford and against Defendant Asset Acceptance, LLC in the amount of $7,500.00, for which execution may enter. Costs are taxed as paid.

Done this 17th day of July 2015.

*[signature]*
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177825